## People of State of Illinois, Appellee, v. Edward Brown, Appellant.

### Gen. No. 45,644.

Thaddeus B. Rowe, and William C. Starke, for appellant; Thaddeus B. Rowe, of counsel; John S. Boyle, State's Attorney, of Cook county, for appellee; John T. Gallagher, Rudolph L. Janega, Arthur F. Manning, and William J. McGah, Jr., Assistant State's Attorneys, of counsel. Opinion by JUSTICE NIEMEYER. Not to be published in full. Opinion filed March 10, 1952; released for publication March 21, 1952.